UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

In the Matter of the Application of            :     **ORDER OF REFERENCE**
Leandro and Thiago Camargo Ramos ,    :    **TO A MAGISTRATE JUDGE**
                        :

           Applicants,      :    24 MC. 413 (LTS)(BCM)
                        :
-------------------------------------------------------------------X

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_**    General Pretrial (includes scheduling,     ___    Consent under 28 U.S.C. §636(c) for all
    discovery, non-dispositive pretrial motions,               purposes (including trial)
    and settlement)

___    Specific Non-Dispositive Motion/Dispute:*     ___    Consent under 28 U.S.C.§636(c) for
    _____               limited purpose (e.g., dispositive motion,
                                   preliminary injunction)
    _____               Purpose:_____

___    If referral is for discovery disputes for a
    specific period when the District Judge is     ___    Habeas Corpus
    unavailable, the time period of the
    referral:_____

                                           ___    Social Security

___    Referral for discovery disputes requiring
    prompt attention at any time when the
    District Judge is not immediately available     ___    Dispositive Motion (i.e., motion requiring
    (e.g., on trial or out of town)                            a Report and Recommendation)

___    Settlement* (Principals to participate as            Particular Motion:_____
    required by Magistrate Judge)                           _____

___    Inquest After Default/Damages Hearing            All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:     New York, New York
           February 19, 2025

                           /s/ *Laura Taylor Swain*
                           LAURA TAYLOR SWAIN
                           United States District Judge