```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In The Matter of The Application of Leandro and Thiago Camargo Ramos,

           Applicants,

For An Order Pursuant To 28 U.S.C. § 1782 Directing Discovery for Use in Proceedings in Brazil.

1:24-MC-00413 (LTS) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All motions and applications must be made to Judge Moses, in compliance with this Court's Individual Practices in Civil Cases, which are available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. Parties and counsel are reminded that they must file a joint status report within 45 days of the entry of Chief Judge Swain's February 18, 2025 Memorandum Order (Dkt. 24), and are cautioned that requests to adjourn a court conference or other court proceeding (including a telephonic court conference), or to extend a deadline, must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

Dated: New York, New York
       February 26, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**